Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–11759–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M. Conner
   27 Oakland Avenue
   Pleasantville, NJ 08232

Social Security No.:
   xxx–xx–6419

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              December 7, 2021
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*33* – Certification in Opposition to (related document:32 Creditor's Certification of Default (related document:18 Motion for Relief from Stay re: 27 OAKLAND AVE, PLEASANTVILLE, NJ 08232–3257. Fee Amount $ 181. filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC, Motion for Relief from Co–Debtor Stay of BOBBY CONNER, 24 Order on Motion For Relief From Stay) filed by R. A. Lebron on behalf of FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 11/15/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC) filed by Stacey L. Mullen on behalf of Nancy M. Conner. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: November 15, 2021
JAN: lgr

                                                              Jeanne Naughton
                                                              Clerk