Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11759−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M. Conner
   27 Oakland Avenue
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−6419

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              December 7, 2021
Time:                 11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*33* − Certification in Opposition to (related document:32 Creditor's Certification of Default (related document:18 Motion for Relief from Stay re: 27 OAKLAND AVE, PLEASANTVILLE, NJ 08232−3257. Fee Amount $ 181. filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC, Motion for Relief from Co−Debtor Stay of BOBBY CONNER, 24 Order on Motion For Relief From Stay) filed by R. A. Lebron on behalf of FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 11/15/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC) filed by Stacey L. Mullen on behalf of Nancy M. Conner. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: November 15, 2021
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 19-11759-JNP

Nancy M. Conner                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nancy M. Conner, 27 Oakland Avenue, Pleasantville, NJ 08232-3257 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021                             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor FLAGSTAR BANK FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| Stacey L. Mullen | on behalf of Debtor Nancy M. Conner slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5