# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

In re   Nancy M. Conner                     Case No.   1:19-bk-11759

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC | LAKEVIEW LOAN SERVICING, LLC, AS SERVICED BY Flagstar Bank, FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   8-1
Amount of Claim:   $98,079.30
Date Claim Filed:   04/08/19

Phone:   866-709-3400
Last Four Digits of Acct #   1731

Phone:   (800) 393-4887
Last Four Digits of Acct #   6991

Name and Address where transferee payments should be sent (if different from above):
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Phone:   866-709-3400
Last Four Digits of Acct #:   1731

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/A. Michelle  Hart Ippoliti                Date:   12/14/2021
        Authorized Agent for Transferee

Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

COMMUNITY LOAN SERVICING, LLC PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT COMMUNITY LOAN SERVICING, LLC.

| | |
|---|---|
| In Re:<br>Nancy M. Conner | Bankruptcy Case No.:  1:19-bk-11759<br><br>Chapter:  13<br><br>Judge:  Jerrold N. Poslusny Jr |

## CERTIFICATE OF SERVICE

I, A. Michelle   Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Nancy M. Conner
27 OAKLAND AVE, PLEASANTVILLE, NJ 08232


Stacey L. Mullen                                                      (*served via ECF Notification*)
2091 N SPRINGDALE RD, Suite 17, CHERRY HILL, NJ 08003


Isabel C. Balboa, Trustee                                     (*served via ECF Notification*)
CHERRY TREE CORPORATE CENTER, 535 ROUTE 38, SUITE 580, CHERRY HILL, NJ 08002


United States Trustee                                           (*served via ECF Notification*)
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:    12/14/2021              By:     /s/A. Michelle   Hart Ippoliti
                       (date)                              A. Michelle   Hart Ippoliti
                                                                 Authorized Agent for Transferee