| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Community Loan Servicing, LLC, as servicer for LAKEVIEW LOAN SERVICING, LLC<br>R.A. LEBRON, ESQ.<br>XIB056<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>NANCY M CONNER<br><br> Debtor(s). | Case No.: 19-11759 JNP<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: January 4, 2022<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, PC, who represents the Secured Creditor, Community Loan Servicing, LLC, as servicer for LAKEVIEW LOAN SERVICING, LLC in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 5, 2022, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| STACEY L. MULLEN<br>LAW OFFICE OF STACEY L. MULLEN<br>2091 N SPRINGDALE RD<br>SUITE 17<br>CHERRY HILL, NJ 08003 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT. OF JUSTICE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| NANCY M CONNER<br>27 OAKLAND AVENUE<br>PLEASANTVILLE, NJ 08232 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 5, 2022        /S/ KELLY MASTANDREA
                              Kelly Mastandrea,
                              Paralegal