UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Community Loan Servicing, LLC, as servicer for LAKEVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
XIB056
bankruptcy@fskslaw.com

| In Re: | Case No.: 19-11759 JNP |
|---|---|
| NANCY M CONNER | Chapter: 13 |
| Debtor(s). | Hearing Date: January 4, 2022 |
| | Judge: Hon. Jerrold N. Poslusny, Jr. |

Order Filed on January 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:  ☒ Followed  ☐ Modified

ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: January 12, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Community Loan Servicing, LLC, as servicer for LAKEVIEW LOAN SERVICING, LLC |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | STACEY L. MULLEN |
| Property Involved (Collateral") | 27 OAKLAND AVENUE, PLEASANTVILLE, NJ 08232 |

Relief sought:   ☒ Creditor's Certification of Default

☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 7 months, from June, 2021 to December, 2021.

    ☒ The Debtor is overdue for 7 payments at $953.67 per month less suspense in the amount of $645.83.

    ☐ The Debtor is assessed for N/A late charges at N/A per month.

    ☐ Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

    Total Arrearages Due $6,029.86.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $6,029.86. Payment shall be made no later than December 31, 2021.

    ☒ Beginning on January 01, 2022, regular monthly mortgage payments shall continue to be made in the amount of $953.67.

    ☐ Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

    ☐ The amount of $N/A shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $N/A per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

| | | |
|---|---|---|
| ☒ | Immediate payment: | Community Loan Servicing, LLC<br>4425 Ponce DeLeon Blvd<br>Cash Dept<br>Coral Gables, FL 33146 |
| ☒ | Regular monthly payment: | Community Loan Servicing, LLC<br>4425 Ponce DeLeon Blvd<br>Cash Dept<br>Coral Gables, FL 33146 |
| ☐ | Monthly cure payment: | |

4. In the event of Default:

   ☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

   ☐  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ☒  The Applicant is awarded attorneys fees of $250.00, and costs of $50.00.

   The fees and costs are payable:

   ☒  through the Chapter 13 plan.

   ☐  to the Secured Creditor within _____ days.

   ☐  Attorneys' fees are not awarded.