Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-11759 (JNP)

Nancy M. Conner  
27 Oakland Avenue  
Pleasantville, NJ  08232

Monthly Payment: $347.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/23/2022 | $1,023.00 | 03/28/2022 | $347.00 | 04/18/2022 | $347.00 | 05/23/2022 | $347.00 |
| 07/05/2022 | $347.00 | 08/12/2022 | $347.00 | 10/03/2022 | $347.00 | 11/09/2022 | $347.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NANCY M. CONNER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPE MAY INFECTIOUS DISEASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $2,316.72 | $0.00 | $0.00 | $0.00 |
| 4 | CAROL WRIGHT GIFTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GARY S. HYMES, DPM | 33 | $52.22 | $0.00 | $0.00 | $0.00 |
| 6 | DR. LEONARDS SHOP NOW | 33 | $314.43 | $0.00 | $0.00 | $0.00 |
| 7 | FEIN, SUCH, KAHN & SHEPARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CACH, LLC | 33 | $9,406.42 | $0.00 | $0.00 | $0.00 |
| 9 | NATIONSTAR MORTGAGE, LLC | 24 | $11,326.17 | $7,320.50 | $4,005.67 | $3,566.75 |
| 10 | MID-ATLANTIC REHABILITATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NEW JERSEY HEALTHCARE SPECIALISTS, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NOVACARE REHABILITATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OCEAN CITY FAMILY PRACTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CITY OF PLEASANTVILLE | 24 | $157.50 | $101.76 | $55.74 | $49.57 |
| 15 | PROFESSIONAL RECOVERY CONSULTANTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SHORE ORTHOPAEDIC UNIVERSITY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STILLMAN LAW OFFICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | US DEPARTMENT OF HUD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,346.46 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STONEBERRY | 33 | $628.38 | $0.00 | $0.00 | $0.00 |
| 25 | LAKEVIEW LOAN SERVICING, LLC | 13 | $581.00 | $581.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | COMMUNITY LOAN SERVICING, LLC | 13 | $300.00 | $300.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2019 | 10.00 | $320.00 |
| 12/01/2019 | 25.00 | $329.00 |
| 01/01/2022 | 25.00 | $347.00 |
| 02/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,452.00 |
| Total paid to creditors this period: | $3,616.32 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,041.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**