Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–11759–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M. Conner
   27 Oakland Avenue
   Pleasantville, NJ 08232

Social Security No.:
   xxx–xx–6419

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 5/30/23 at 11:00 AM

to consider and act upon the following:

*51* − Certification in Opposition to (related document:50 Creditor's Certification of Default (related document:32 Creditor's Certification of Default filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC, 40 Order (Generic)) filed by R. A. Lebron on behalf of COMMUNITY LOAN SERVICING, LLC as servicer for LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 05/8/2023. (Attachments: # 1 Certification of Creditor Regarding Post Petition Payment History # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Lebron, R.) filed by Creditor COMMUNITY LOAN SERVICING, LLC as servicer for LAKEVIEW LOAN SERVICING, LLC) filed by Stacey L. Mullen on behalf of Nancy M. Conner. (Mullen, Stacey)

Dated: 5/5/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court