| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC<br>R.A. LEBRON, ESQ.<br>XNSR048<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>NANCY M. CONNER<br><br>Debtor(s). | Case No.:  19-11759 JNP<br><br>Chapter:  13<br><br>Hearing Date:  May 30, 2023<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.    ☐ Withdrawn.

Matter: <u>Creditor's Certification of Default re: 27 Oakland Avenue, Pleasantville, NJ 08232, Document Number 50.</u>

Date: May 24, 2023                /S/ R.A. LEBRON, ESQ.
                                  R.A. Lebron, Esq.