| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC<br>R.A. LEBRON, ESQ.<br>XNSR048<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>NANCY M. CONNER<br><br> Debtor(s). | Case No.: <u>19-11759 JNP</u><br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: May 30, 2023<br><br>Judge:  <u>Hon. Jerrold N. Poslusny, Jr.</u> |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.</u>, who represents the <u>Secured Creditor, Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC</u> in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 24, 2023, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a.  ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| STACEY L. MULLEN<br>LAW OFFICE OF STACEY L. MULLEN<br>2091 N SPRINGDALE RD<br>SUITE 17<br>CHERRY HILL, NJ 08003 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>　(D.N.J. LBR 9013-4) |
| ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>　(D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |
| NANCY M. CONNER<br>27 OAKLAND AVENUE<br>PLEASANTVILLE, NJ 08232 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 24, 2023        /S/ KELLY MASTANDREA
　　　　　　　　　　　　　　Kelly Mastandrea