UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Nationstar Mortgage LLC as
servicing agent for Lakeview Loan
Servicing, LLC
R.A. LEBRON, ESQ.
XNSR048
bankruptcy@fskslaw.com

**Order Filed on May 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NANCY M. CONNER

  Debtor(s).

Case No.:  19-11759 JNP

Chapter:   13

Hearing Date: May 30, 2023

Judge:  Hon. Jerrold N. Poslusny, Jr.

Recommended Local Form:  ☒ Followed  ☐ Modified

ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth o

**DATED: May 31, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | STACEY L. MULLEN |
| Property Involved (Collateral") | 27 OAKLAND AVENUE PLEASANTVILLE, NJ 08232 |

Relief sought:    ☒ Creditor's Certification of Default

☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for 5 months, from January 1, 2023 to May 1, 2023.

☒ The Debtor is overdue for 3 payments at $922.25 for January, 2023 through March, 2023 and 2 payments at $942.48 for April, 2023 and May, 2023 with $62.61 in suspense.

☐ The Debtor is assessed for N/A late charges at N/A per month.

☐ Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

Total Arrearages Due $4,589.10.

2. Debtor must cure all post-petition arrearages, as follows:

☒ Immediate payment shall be made in the amount of $2,500.00. Payment shall be made no later than May 30, 2023.

☒ Beginning on June 1, 2023, regular monthly mortgage payments shall continue to be made in the amount of $942.48.

☐ Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

&#x2612;  The amount of $2,089.10 shall be capitalized in the Debtor's Chapter 13 plan. The Debtor shall file a modified Chapter 13 plan within 14 days from entry of this Order.

3. Payments to the Secured Creditor shall be made to the following address(es):

&#x2612;  Immediate payment:               Nationstar Mortgage LLC
                                          PO Box 619094
                                          Dallas, TX 75261-9741


&#x2612;  Regular monthly payment:         Nationstar Mortgage LLC
                                          PO Box 619094
                                          Dallas, TX 75261-9741


&#x25A1;  Monthly cure payment:



4. In the event of Default:

&#x2612;  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

&#x25A1;  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

&#x2612;  The Applicant is awarded attorneys fees of $200.00, and costs of $N/A.

     The fees and costs are payable:

     &#x2612;  through the Chapter 13 plan.

     &#x25A1;  to the Secured Creditor within _____ days.

&#x25A1;  Attorneys' fees are not awarded.

6.    Other provisions:

⊠ Upon dismissal, conversion or discharge, the payment
terms of this order shall be null and void.