| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC<br>R.A. LEBRON, ESQ.<br>XNSR048<br>bankruptcy@fskslaw.com | **Order Filed on May 31, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NANCY M. CONNER<br><br>  Debtor(s). | Case No.:   19-11759 JNP<br><br>Chapter:   13<br><br>Hearing Date: May 30, 2023<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

Recommended Local Form:   ☒ Followed   ☐ Modified

ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth o

**DATED: May 31, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | STACEY L. MULLEN |
| Property Involved (Collateral") | 27 OAKLAND AVENUE PLEASANTVILLE, NJ 08232 |

Relief sought:   ☒ Creditor's Certification of Default

☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 5 months, from January 1, 2023 to May 1, 2023.

    ☒ The Debtor is overdue for 3 payments at $922.25 for January, 2023 through March, 2023 and 2 payments at $942.48 for April, 2023 and May, 2023 with $62.61 in suspense.

    ☐ The Debtor is assessed for N/A late charges at N/A per month.

    ☐ Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

    Total Arrearages Due $4,589.10.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $2,500.00. Payment shall be made no later than May 30, 2023.

    ☒ Beginning on June 1, 2023, regular monthly mortgage payments shall continue to be made in the amount of $942.48.

    ☐ Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

☒ The amount of $2,089.10 shall be capitalized in the Debtor's Chapter 13 plan. The Debtor shall file a modified Chapter 13 plan within 14 days from entry of this Order.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:    Nationstar Mortgage LLC
PO Box 619094
Dallas, TX 75261-9741

☒ Regular monthly payment:    Nationstar Mortgage LLC
PO Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment:

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $200.00, and costs of $N/A.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6. Other provisions:

☒ Upon dismissal, conversion or discharge, the payment terms of this order shall be null and void.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-11759-JNP
Nancy M. Conner                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                User: admin                                Page 1 of 2
Date Rcvd: Jun 01, 2023             Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

**Recip ID            Recipient Name and Address**
db              +    Nancy M. Conner, 27 Oakland Avenue, Pleasantville, NJ 08232-3257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

**Name**                    **Email Address**
Denise E. Carlon
                            on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                            ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
                            on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

R. A. Lebron
                            on behalf of Creditor FLAGSTAR BANK FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com

R. A. Lebron
                            on behalf of Creditor COMMUNITY LOAN SERVICING LLC as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com

Sindi Mncina

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 01, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC smncina@raslg.com

Stacey L. Mullen
    on behalf of Debtor Nancy M. Conner slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8