UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on June 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nancy M. Conner,

                Debtor

Case No.: 19-11759

Chapter 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: June 6, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  19-11759 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 700.00 for services rendered and expenses in the amount of $  n/a   for a total of $ 700.00 . The allowance shall be payable:

<u>XXXXX</u>    through the Chapter 13 plan as an administrative priority.

outside the plan.

Fees will be taken into consideration at the modified plan hearing scheduled for July 5, 2023.

(Local Form 14 Rev. September 2002)