Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  19−11759−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nancy M. Conner
    27 Oakland Avenue
    Pleasantville, NJ 08232

Social Security No.:
    xxx−xx−6419

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 5, 2023.

Dated: July 5, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Nancy M. Conner
    Debtor

Case No. 19-11759-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy M. Conner, 27 Oakland Avenue, Pleasantville, NJ 08232-3257 |
| 517994258 | + | Cape May Infectious Disease, 8 Court House-South Dennis Road, Cape May Court House, NJ 08210-1967 |
| 518019103 | + | City of Pleasantville, 18 N First Street, Pleasantville NJ 08232-2647 |
| 517994256 | | Dr. Gary S. Hymes Podiatric Medicine, Two Fourteen South Main Street, Pleasantville, NJ 08232 |
| 518014287 | + | Flagstar Bank, FSB, R.A. LEBRON, ESQ, FEIN, SUCH, KAHN & SHEPARD, P.C., Counsellors at Law, 7 Century Drive - Suite 201 Parsippany, New Jersey 07054-4609 |
| 519140199 | + | LAKEVIEW LOAN SERVICING, LLC, Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517994257 | + | Mid-Atlantic Rehabilitation, P.O. Box 8627, Cherry Hill, NJ 08002-0627 |
| 517994255 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, P.O. Box 412138, Boston, MA 02241 |
| 517994254 | + | NovaCare Rehabilitation, P.O. Box 824291, Philadelphia, PA 19182-4291 |
| 517994253 | + | Ocean City Family Practice, 500 6th Street, Ocean City, NJ 08226-3826 |
| 517994247 | | Pleasantville City Sewerage, City Hall, Pleasantville, NJ 08232 |
| 517994259 | + | Professional Recovery Consultants, P.O. Box 603586, Charlotte, NC 28260-3586 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2023 02:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2023 02:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517994252 | ^ | MEBN | Jul 06 2023 01:53:39 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518068252 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 02:03:18 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517994249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2023 02:13:59 | Capital One Bank, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 517994262 | + | Email/Text: bankruptcy@sccompanies.com | Jul 06 2023 01:57:00 | Carol Wright Gifts, P.O. Box 7823, Edison, NJ 08818-7823 |
| 519460272 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2023 01:58:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519460271 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2023 01:58:00 | Community Loan Servicing, LLC, 4425 Ponce De |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Jul 05, 2023 | Form ID: plncf13 | Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518060314 | + Email/Text: bankruptcy@sccompanies.com | Jul 06 2023 01:57:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517994261 | + Email/Text: bankruptcy@sccompanies.com | Jul 06 2023 01:57:00 | Dr. Leonard's Healthcare Corp., P.O. Box 7821, Edison, NJ 08818-7821 |
| 518169073 | Email/Text: cashiering-administrationservices@flagstar.com | Jul 06 2023 02:00:00 | FLAGSTAR BANK, FSB, MAIL STOP S-142-3, 5151 CORPORATE DR, TROY, MI 48098-2639 |
| 517994245 | + Email/Text: ecourts.col_efilings@fskslaw.com | Jul 06 2023 01:58:00 | Fein, Such, Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517994260 | + Email/Text: data_processing@fin-rec.com | Jul 06 2023 01:59:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 517994244 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 06 2023 02:00:00 | Flagstar Bank, 5151 Corporate Drive, 3W-125, Troy, MI 48098-2639 |
| 518068251 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 02:02:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518163354 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2023 02:02:22 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 519697838 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2023 01:58:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519697839 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2023 01:58:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 517994250 | + Email/Text: rhorwitz110@gmail.com | Jul 06 2023 02:00:00 | Shore Orthopaedic University Associates, 24 Macarthur Blvd, Somers Point, NJ 08244-1776 |
| 518060315 | + Email/Text: bankruptcy@sccompanies.com | Jul 06 2023 01:57:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517996556 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:13:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517994246 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 06 2023 02:02:30 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 517994248 | + Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:02:53 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517994251 | ##+ | Stillman Law Office, 50 Tower Office Park, Woburn, MA 01801-2113 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 05, 2023 | Form ID: plncf13 | Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| Sindi Mncina | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC smncina@raslg.com |
| Stacey L. Mullen | on behalf of Debtor Nancy M. Conner slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8