```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for debtor
856-778-8677

In Re:

Nancy Conner

Case No.: 19-11759

Chapter: 13

Adv. No.: ____

Hearing Date: ____

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, _Stacey L. Mullen, Esquire_ :

    ☒ represent _Debtor_ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _8/8/2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion/Application to Approve Permanent Loan Modification, COS, Exhibit, Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _08/08/2023_        /s/ Stacey L. Mullen, Esquire
                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fein, Such, Kahn & Shepard<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | rep Nationstar/Mr. Cooper | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nationstar Mortgage, dba Mr. Cooper, Bankruptcy Dept<br>P.O. Box 619094<br>Dallas, TX 75261 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Dept of HUD<br>451 7th Street SW<br>Washington, DC 20410 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel Balboa, Trustee<br>Office of the Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All other creditors listed on mail mattrix | creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Greenspoon Marder LLP<br>100 West Cypress Creek Rd<br>Suite 700<br>Ft. Lauderdale, FL 33309 | rep Lakeview Loan Servicing | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |