UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                            CASE NO.: 19-11759
                                                                                      CHAPTER 13

**Nancy M. Conner,**
**Debtor.**

_____/

## **REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Authorized Agent for Secured Creditor
                                               130 Clinton Rd #202
                                               Fairfield, NJ 07004
                                               Telephone: 470-321-7112

                                               By: /s/Kimberly Wilson
                                                       Kimberly Wilson
                                                       Email: kimwilson@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NANCY M. CONNER
27 OAKLAND AVENUE
PLEASANTVILLE, NJ 08232

And via electronic mail to:

LAW OFFICE OF STACEY L. MULLEN
2091 N SPRINGDALE RD
SUITE 17
CHERRY HILL, NJ 08003

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/Journie Morosky