Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−11759−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nancy M. Conner
  27 Oakland Avenue
  Pleasantville, NJ 08232

Social Security No.:
  xxx−xx−6419

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: May 28, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nancy M. Conner  
    Debtor

Case No. 19-11759-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 28, 2024      Form ID: cscnodsc      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy M. Conner, 27 Oakland Avenue, Pleasantville, NJ 08232-3257 |
| 517994258 | + | Cape May Infectious Disease, 8 Court House-South Dennis Road, Cape May Court House, NJ 08210-1967 |
| 518019103 | + | City of Pleasantville, 18 N First Street, Pleasantville NJ 08232-2647 |
| 517994256 | | Dr. Gary S. Hymes Podiatric Medicine, Two Fourteen South Main Street, Pleasantville, NJ 08232 |
| 518014287 | + | Flagstar Bank, FSB, R.A. LEBRON, ESQ, FEIN, SUCH, KAHN & SHEPARD, P.C., Counsellors at Law, 7 Century Drive - Suite 201 Parsippany, New Jersey 07054-4609 |
| 519140199 | + | LAKEVIEW LOAN SERVICING, LLC, Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517994257 | + | Mid-Atlantic Rehabilitation, P.O. Box 8627, Cherry Hill, NJ 08002-0627 |
| 517994255 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, P.O. Box 412138, Boston, MA 02241 |
| 517994254 | + | NovaCare Rehabilitation, P.O. Box 824291, Philadelphia, PA 19182-4291 |
| 517994253 | + | Ocean City Family Practice, 500 6th Street, Ocean City, NJ 08226-3826 |
| 517994247 | | Pleasantville City Sewerage, City Hall, Pleasantville, NJ 08232 |
| 517994259 | + | Professional Recovery Consultants, P.O. Box 603586, Charlotte, NC 28260-3586 |
| 517996556 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 28 2024 22:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 28 2024 22:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 28 2024 22:42:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 517994252 | ^ | MEBN | May 28 2024 22:39:04 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518068252 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 22:51:44 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517994249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2024 22:51:38 | Capital One Bank, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 517994262 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2024 22:42:00 | Carol Wright Gifts, P.O. Box 7823, Edison, NJ 08818-7823 |
| 519460272 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2024 22:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida |

Case 19-11759-JNP   Doc 96   Filed 05/30/24   Entered 05/31/24 00:19:21   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: cscnodsc | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519460271 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2024 22:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518060314 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2024 22:42:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517994261 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2024 22:42:00 | Dr. Leonard's Healthcare Corp., P.O. Box 7821, Edison, NJ 08818-7821 |
| 518169073 | | Email/Text: cashiering-administrationservices@flagstar.com | May 28 2024 22:44:00 | FLAGSTAR BANK, FSB, MAIL STOP S-142-3, 5151 CORPORATE DR, TROY, MI 48098-2639 |
| 517994245 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 28 2024 22:43:00 | Fein, Such, Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 517994260 | + | Email/Text: data_processing@fin-rec.com | May 28 2024 22:43:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 517994244 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 28 2024 22:44:00 | Flagstar Bank, 5151 Corporate Drive, 3W-125, Troy, MI 48098-2639 |
| 518068251 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520254300 | + | Email/Text: RASEBN@raslg.com | May 28 2024 22:42:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520022483 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2024 22:43:00 | Lakeview Loan Servicing, LLC, Attn: Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 518163354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2024 22:52:23 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 519697838 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2024 22:43:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519697839 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 28 2024 22:43:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 517994250 | + | Email/Text: rhorwitz110@gmail.com | May 28 2024 22:44:00 | Shore Orthopaedic University Associates, 24 Macarthur Blvd, Somers Point, NJ 08244-1776 |
| 518060315 | + | Email/Text: bankruptcy@sccompanies.com | May 28 2024 22:42:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517996556 | ^ | MEBN | May 28 2024 22:40:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517994246 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 28 2024 22:51:59 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 517994248 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2024 23:02:37 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517994251 | ##+ | Stillman Law Office, 50 Tower Office Park, Woburn, MA 01801-2113 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jessica Ann Berry | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bankruptcy@gmlaw.com |
| Kimberly A. Wilson | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Lakeview Loan Servicing LLC kimwilson@raslg.com |
| R. A. Lebron | on behalf of Creditor FLAGSTAR BANK FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor COMMUNITY LOAN SERVICING LLC as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| Roger Fay | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Sindi Mncina | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smncina@raslg.com |
| Stacey L. Mullen | on behalf of Debtor Nancy M. Conner slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13